O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA 09-166M |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| ULISES FLORES MATOS, ) | |
| ) | |
| Defendant. ) | |

I.

A. ( ) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

      (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

   1. (X) serious risk defendant will flee;

   2. ( ) serious risk defendant will

     a. ( ) obstruct or attempt to obstruct justice;

     b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1                                        II.

2       The Court finds no condition or combination of conditions will reasonable assure:

3       A. ( X )   appearance of defendant as required; and/or

4       B. ( ) safety of any person or the community;

5                                        III.

6       The Court has considered:

7       A. ( x ) the nature and circumstances of the offense;

8       B. ( x ) the weight of evidence against the defendant;

9       C. ( x ) the history and characteristics of the defendant;

10      D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                       IV.

12      The Court concludes:

13      A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15      B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16              **Defendant is undocumented.  He has no ties to the community and no bail**

17              **resources.**

18

19      C. ( ) A serious risk exists that defendant will:

20              1. ( )   obstruct or attempt to obstruct justice;

21              2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23      D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24              provided in 18 U.S.C. § 3142 (e).

25  ///

26  ///

27  ///

28  ///

1     IT IS ORDERED that defendant be detained prior to trial.

2     IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4     IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8 Dated: April 16, 2009

    Marc L. Goldman
    U.S. Magistrate Judge

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)      - 3 -      Page 3 of 3